```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 11270
    WAYNE T JAMES
    SUSAN P JAMES                               CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-0564       SSN XXX-XX-3753


-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/24/07 and confirmed on 08/31/07.

    2.  The case was dismissed after confirmation, 05/30/2008.

    3.  The Debtor paid a total of $  19250.00 .

    4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
BANK OF NEW YORK         CURRENT MORTG      17032.59           .00        17032.59
BANK OF NEW YORK         MORTGAGE ARRE      30373.07           .00             .00
WELLS FARGO FINANCIAL AC SECURED VEHIC      11036.80           .00         1305.12
ASSET ACCEPTANCE CORP    UNSECURED            727.87           .00              .00
CAPITAL ONE BANK         UNSECURED           1195.99           .00              .00
CHECK ASSIST             UNSECURED             62.59           .00              .00
SUBURBAN RADIOLOGIST     UNSECURED         NOT FILED           .00              .00
FIRST CHOICE YELLOW PAGE UNSECURED           1989.27           .00              .00
TCF NATIONAL BANK        UNSECURED         NOT FILED           .00              .00
IL DEPT OF EMPLOYMENT SE UNSECURED         NOT FILED           .00              .00
MAGE & PRICE             UNSECURED         NOT FILED           .00              .00
MASTERCHECK              UNSECURED         NOT FILED           .00              .00
MED BUSINESS BUREAU      UNSECURED         NOT FILED           .00              .00
MED BUSINESS BUREAU      UNSECURED         NOT FILED           .00              .00
NICOR GAS                UNSECURED            639.62           .00              .00
SPRINT NEXTEL            UNSECURED           1661.78           .00              .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED     OTHER         TOTAL

TOTAL CLMS ALLOWED 58442.46         .00       6277.12       .00       64719.58
PRINCIPAL PAID     18337.71         .00           .00       .00       18337.71
INTEREST PAID           .00         .00           .00       .00            .00
TOTAL PAID         18337.71         .00           .00       .00       18337.71
The Debtor's attorney, JOSEPH P DOYLE              , was allowed $    3000.00
and was paid $     646.00   direct and $       .00  through the plan.

The Trustee received $     912.29 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                        /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE










                            PAGE   2
         CASE NO. 07 B 11270 WAYNE T JAMES & SUSAN P JAMES